IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Criminal No. 20-CR-30061-NJR-01 |
| KAREEM MAGHRABI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION OF FACTS**

The United States and the Defendant, Kareem Maghrabi, represented by his attorney, Saam Zangeneh, Esq., hereby agree and stipulate that the following facts are true:

1. Beginning on or about May 8, 2014, and continuing until on or about July 31, 2015, the Defendant, Kareem Maghrabi, knowingly participated in a wire fraud conspiracy through his role as an investor and an employee of a fraudulent company known as First Choice Tech Support ("First Choice"), later known as Client Care Experts.

2. Located in Florida, First Choice was a tech support scam that defrauded thousands of consumers throughout the United States.

3. First Choice purchased deceptive and misleading pop-up internet advertisements, which appeared without warning on consumers' computer screens as they were browsing or searching the internet. The pop-ups falsely informed the consumers that a serious problem had been detected with their computers. Frequently, the pop-ups falsely informed the consumers that viruses or malware had been detected. The pop-ups also frequently falsely told the consumers that they were at risk of losing all of the data and information stored on their computers.

4. The pop-ups purchased by First Choice frequently froze the browsers of the computers they appeared upon. As a result, consumers were unable to exit the pop-ups without shutting down or re-booting their computers. Some of the pop-ups, however, warned the

consumers not to shut down or re-boot their computers. All of the pop-ups instructed consumers to call a toll-free telephone number.

5. When consumers called the telephone number listed on the pop-ups, their calls were routed to First Choice. First Choice sales agents then offered to help the consumers with the problems they were purportedly having with their computers.

6. In speaking with the consumers, the sales agents of First Choice followed a script. This script was designed to deceive the consumers into believing that they needed to purchase the services and products offered by First Choice, regardless of the actual condition of the consumers' computers.

7. As part of the sales process, the sales agents convinced the consumers to allow First Choice to gain remote access to their computers. After gaining access to the consumers' computers, the sales agents looked through the consumers' computer systems and commented upon what they saw. Frequently, the sales agents commented on routine computer functions and processes and falsely stated that those functions and processes were evidence of problems. In addition, the sales agents often falsely stated that the consumers' computers were infected with viruses or malware.

8. The sales agents also ran a program known as Webroot System Analyzer ("Webroot") on the consumers' computers. Webroot was designed to scan computer systems and identify problems. Webroot gave each computer a mathematical score to reflect the health of the computer, with a score of 100 reflecting a fully healthy computer.

9. Regardless of the Webroot score, the goal of the sales agents was always to convince the consumers that they had problems with their computers and that they needed to purchase the services and products offered by First Choice.

10. In order to convince the consumers to purchase the First Choice services and products, the sales agents employed something known as the "Best Buy pitch." Under this pitch, the sales agents asked the consumers if they were located near a Best Buy or similar store. The sales agents then told the consumers that they could have their computers fixed at Best Buy or a similar store, but Best Buy or the similar store would take much longer, and charge them much

more, than First Choice. The Best Buy pitch was designed to make the consumers trust the sales agents, and to cause the consumers to believe that First Choice was the best, quickest, cheapest, and most convenient way to have their purported computer problems resolved.

11. Throughout the calls, the sales agents concealed from the consumers the fact that if they just shut down or re-booted their computers, the pop-ups would go away and their computers would return to normal functioning. The sales agents also concealed from the consumers that First Choice had purchased the pop-ups which froze the consumers' computer screens.

12. At the conclusion of the calls, the sales agents first attempted to sell the consumers a service known as a system "tune-up." The price for the system tune-up was typically $250. The sales agents also attempted to sell the consumers anti-virus protection software. The price for the anti-virus protection software was typically $400. If the consumers stated that they were unable to afford these prices, the sales agents often offered various discounts, such as senior discounts and military discounts.

13. After the sales agents made a sale, they referred the consumer to the First Choice tech department for the computer "tune up" and anti-virus protection installation.

14. During most of his employment with First Choice, Defendant Kareem Maghrabi worked in the company's training department and supervised the sales agents.

15. Understanding the fraudulent nature of the business at First Choice, Defendant Maghrabi knowingly and voluntarily participated in it.

16. All told, the fraudulent scheme defrauded over 40,000 people out of more than $25,000,000. The victims were located in all fifty of the United States, the District of Columbia, Puerto Rico, several U.S. territories, all ten Canadian provinces, the United Kingdom, and several other foreign countries. At least fifty-seven victims of the scam were located within the Southern District of Illinois and resided in the following counties: St. Clair, Madison, Clark, Clinton, Cumberland, Effingham, Fayette, Franklin, Jackson, Jasper, Jefferson, Marion, Massac, Monroe, Randolph, Richland, Saline, Wabash, Washington, Wayne, White, and Williamson.

17. As Defendant Maghrabi knew, in furtherance of and as a foreseeable consequence of the conspiracy, First Choice employees caused wire communications to take place in interstate and foreign commerce, including telephone calls, internet communications, and other signals between First Choice employees in Florida and consumers located in Canada, Belgium, the United Kingdom, and the United States, including the Southern District of Illinois.

18. The Defendant's offense occurred in connection with the conduct of telemarketing and victimized 10 or more persons over the age of 55.

19. During the Defendant's participation in the charged wire fraud conspiracy, the total loss incurred to victims was less than $3.5 million.

SO STIPULATED:

KAREEM MAGHRABI
Defendant

SAAM ZANGENEH
Attorney for Defendant

Date: 6-11-2020

STEVEN D. WEINHOEFT
UNITED STATES ATTORNEY

NATHAN D. STUMP
Assistant United States Attorney

Date: 6/11/2020

4